## 18886.  CITY OF THOMASVILLE *v.* CAMPBELL.

BLOODWORTH, J.  1.  The petition set out a cause of action, and as far as the ruling was adverse to the plaintiff in error the court did not err in passing the following order:  "The special demurrer to paragraph 9 of plaintiff's petition as set out in ground 4 of defendant's demurrer is sustained; all other grounds of the demurrer, including the general demurrer, are overruled."  The facts in *Brooks* v. *City of Atlanta*, 1 *Ga. App.* 678 (57 S. E. 1081), are somewhat analogous to those in this case, and the principle announced in the decision in that case is controlling in this.  See *William Bensel Construction Co.* v. *Homer*, 2 *Ga. App.* 369, 372 (58 S. E. 489).

2. The evidence is sufficient to support the verdict.

    *Judgment affirmed.  Broyles, C. J., concurs.  Luke, J., dissents.*

DECIDED JUNE 12, 1928.

P. C. Andrews, Titus & Dekle, for plaintiff in error, cited: 158 Ga. 792; 65 Ga. 378; 72 Ga. 420; 145 Ga. 339; 120 Ga. 785, 980; 35 Ga. App. 484; 31 Ga. App. 402; 21 Ga. App. 172; 10 Ga. App. 709; 123 Ga. 823; 113 Ga. 597; 92 Ga. 535.

W. H. Hammond, James B. Burch, contra, cited: 1 Ga. App. 678; 129 Ga. 115; 158 Ga. 792 (1); Civil Code. (1910), § 898; 145 Ga. 817 (2).